IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF DELAWARE, EX REL. WEIH CHANG,<br><br>      Plaintiffs,<br><br>      v.<br><br>CHILDREN'S ADVOCACY CENTER OF DELAWARE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 15-442-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' MOTION TO DISMISS UNDER 31 U.S.C. § 3730(c)(2)(A)

Weih Chang ("Relator" or "Chang") filed this *qui tam* action under the federal False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.*, and the Delaware False Claims and Reporting Act, 6 Del. C. § 1201 *et seq.,* alleging that Defendant Children's Advocacy Center of Delaware caused false claims for grant funds to be submitted to the United States and Delaware. (D.I. 32.) The United States and the State of Delaware declined to intervene. (D.I. 10, 15.) Chang proceeded with the case under 31 U.S.C. § 3730(b)(4)(B).

As explained in the accompanying Brief, the United States has determined that it is appropriate to exercise its authority to dismiss the federal FCA claims pursuant to 31 U.S.C. § 3730(c)(2)(A), because the remote potential for recovery in this case does not warrant the expenditure of further government resources.

Accordingly, the United States respectfully moves to dismiss the FCA claims.  A proposed Order is attached.

                                                             Respectfully Submitted:

                                                             DAVID C. WEISS
                                                             United States Attorney

                                                             /s/ Jennifer Hall
                                                            Jennifer Hall (#5122)
                                                           Assistant United States Attorney
                                                           1007 Orange Street, Suite 700
                                                           Wilmington, DE  19801
                                                           (302) 573-6277
                                                           jennifer.hall@usdoj.gov
Dated:  April 9, 2018                               *Counsel for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF DELAWARE, EX REL. WEIH CHANG, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CHILDREN'S ADVOCACY CENTER OF DELAWARE, <br><br>　　　　Defendant. | ) ) ) ) ) ) Civ. Action No. 15-442-GMS ) ) ) ) ) ) |

## **ORDER**

AND NOW, this ____ day of _____, 2018, upon consideration of the United States' Motion to Dismiss under 31 U.S.C. § 3730(c)(2)(A), and all the papers filed in support thereof and in opposition thereto, it is ORDERED that the motion is GRANTED, and the federal False Claims Act claims (Counts I and II of the Amended Complaint) are dismissed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE GREGORY M. SLEET
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE