# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF DELAWARE, EX REL. WEIH CHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S ADVOCACY CENTER OF DELAWARE<br><br>Defendant. | C. A. No. 15-442 (GMS) |

## ORDER

And now, this 14th day of May, 2018, upon consideration of the State of Delaware's Motion to Dismiss under 6 Del. C. § 1204(b), and all papers filed in support thereof and in opposition thereto, it is ORDERED that the motion is GRANTED, and the Delaware False Claims and Reporting Act claims (Counts III and IV of the Amended Complaint) are dismissed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE